JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 25-11385-PA (SKx) | Date | September 28, 2026 |
| Title | Shannon Rachel Yohanan v. Indique Hair LLC et al. | | |

| | |
|---|---|
| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |

| | | |
|---|---|---|
| Kamilla Sali-Suleyman | Not Reported | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| | |
|---|---|
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None | None |

**Proceedings:** IN CHAMBERS — COURT ORDER

On September 21, 2026, the Court issued an Order regarding the parties' Stipulation of Dismissal Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) (Docket No. 50). (Docket No. 51.) The parties' Stipulation contained provisions under which the Court would retain jurisdiction to enforce the terms of the Settlement Agreement. Because the Court concluded that the parties failed to demonstrate good cause for the Court to retain jurisdiction over the parties' settlement agreement following dismissal of this action, the Court stated that it intended to decline to retain jurisdiction following dismissal. The Court gave the parties until September 24, 2026 to file any objections, and stated that the Court would approve the Stipulation without the jurisdictional provisions if there was no objection.

The parties did not object. Accordingly, the Court approves the parties' Stipulation of Dismissal filed on September 18, 2026, signed by all parties, that this action is dismissed under Federal Rule Civil Procedure 41(a)(1)(A)(ii) with prejudice, and that the parties are to each bear their own fees and costs. The Court declines to retain jurisdiction over this matter following dismissal. All pending motions are denied as moot, and all remaining dates set in this matter are vacated.

IT IS SO ORDERED.